IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA POLICE DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-00072 JSW<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS AND NOTICE TO PARTIES RE PAGE LIMITATIONS** |

On May 5, 2014, Defendants filed a motion to dismiss Plaintiff's complaint, which was noticed for hearing on June 20, 2014. (Docket No. 10.) On May 19, 2014, Plaintiff filed an amended complaint. Accordingly, the Court DENIES, AS MOOT, the motion to dismiss, and it VACATES the hearing on the motion. The case management conference scheduled for 11:00 a.m. on June 20, 2014 remains on calendar, pending further order of the Court.

The Court notes that Defendants filed a motion that exceeded the page limitations permitted by this Court's standing orders, without seeking leave of Court to do so. *See* Civil Standing Orders ¶ 7. All parties are hereby placed on notice that, in the future, the Court shall strike non-conforming briefs from the record.

**IT IS SO ORDERED.**

Dated: May 27, 2014

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

Case 4:14-cv-00072-HSG   Document 12   Filed 05/27/14   Page 2 of 2