**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAMS, | |
|     Plaintiff, | No. C 14-00072 JSW |
| v. | **ORDER DIRECTING PARTIES TO SUBMIT STIPULATION AND PROPOSED ORDER RE ADR PROCESS AND TO SUBMIT SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |
| CITY OF ALAMEDA POLICE DEPARTMENT, et al., | |
|     Defendants. | |

    The Court has received and considered the parties' joint case management conference statement. It is HEREBY ORDERED that the parties shall submit a stipulation and proposed order regarding an ADR process by no later than June 18, 2014. In addition, the parties shall submit a supplemental joint case management statement by June 18, 2014, in which they shall propose specific dates and deadlines, *e.g.,* "Close of Fact Discovery - September 26, 2014," for all topics set forth in Section 17 of the Northern District's sample Joint Case Management Statement. In order to assist the parties, the Court holds its pretrial conferences three weeks in advance of the trial date. The parties shall familiarize themselves with the Court's Guidelines for Civil Jury Cases for deadlines for filings associated with the pretrial conference.

    **IT IS SO ORDERED.**

Dated: June 13, 2014

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE