United States District Court
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   GEORGE WILLIAMS,
10               Plaintiff,                        No. C 14-00072 JSW
11      v.                                 **ORDER REFERRING PARTIES
                                           TO COURT ORDERED
12  CITY OF ALAMEDA POLICE                 MEDIATION**
    DEPARTMENT, et al.,
13
14               Defendants.
15  _____/
16         The Court has received the results of the parties' ADR teleconference.  The parties are
17  HEREBY ORDERED to complete mediation through the Court's ADR program by no later
18  than October 1, 2014.
19         **IT IS SO ORDERED.**
20  Dated: July 1, 2014
                                           _____
21                                         JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
22
23
24  cc:    ADR Department
25
26
27
28