1  Gregory M. Fox, State Bar No. 070876
   Joanne Tran, State Bar No. 294402
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email: gfox@bfesf.com

6  JANET C. KERN, City Attorney (SBN 151887)
   ALAN M. COHEN, Assistant City Attorney (SBN 177662)
7  CITY OF ALAMEDA
   2263 Santa Clara Avenue, Room 280
8  Alameda, California  94501
   Telephone:     (510) 747-4750
9  Facsimile:      (510) 865-4028
   E-mail: acohen@alamedacityattorney.org

10
   Attorneys for Defendants
11 City of Alameda, A. Keden, and R. Stofle

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 GEORGE WILLIAMS,                    Case No. 14-cv-0072-JSW

16         Plaintiff,                  **STIPULATION AND [~~PROPOSED~~] ORDER FOR
                                        EXTENSION TO COMPLETE MEDIATION**
17 v.

18 CITY OF ALAMEDA POLICE
   DEPARTMENT; A. KEDEN, an individual in
19 both individual and official capacity as a police
   officer; R. STOFLE, an individual in both
20 individual and official capacity as a police
   officer; and DOES 1-20 in both individual and
21 official capacity,

22         Defendants.

23

24         It is hereby stipulated by and between the parties, plaintiff GEORGE WILLIAMS and defendants

25 CITY OF ALAMEDA (acting for itself and on behalf its police department, and officers A. KEDEN, and

26 R. STOFLE, by and through their attorneys of record, for an order to continue the October 1, 2014

27 completion of mediation date to December 1, 2014.  Good cause exists for this continuance is based on

28 the following developments:

                                         1

1.      David Donner was initially appointed as the Mediator for this case on September 11, 2014 but his appointment was vacated because of a conflict of interest on September 16, 2014.

2.      The parties were notified that G. Scott Emblidge was appointed as the Mediator for this case on September 17, 2014.

3.      The parties will need the additional time to prepare for the mediation and coordinate a date with the new mediator.

4.      The deadline for completion of ADR is presently scheduled for October 1, 2014.

Defense counsel has met and conferred with plaintiff's counsel on continuing the mediation completion deadline from October 1, 2014 to December 1, 2014, and both parties have agreed to the continuance. Both parties respectfully request the Court to Order a continuance of the deadline to complete mediation from October 1, 2014 to December 1, 2014.

SO STIPULATED.


Dated: September 22, 2014                    BERTRAND, FOX & ELLIOT


By:          /s/
             Gregory M. Fox
             Joanne Tran
             Attorney for Defendants
             CITY OF ALAMEDA, A. KEDEN and R. STOFLE


Dated: September 22, 2014                    PEOPLES LAW GROUP


By:          /s/
             Acrolina Panto
             Attorney for Plaintiff
             GEORGE WILLIAMS

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO COMPLETE MEDIATION
*Williams v. City of Alameda Police Department, et al.*, USDC Northern Dist. Case No. 4:14-cv-00072-JSW

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document and as to plaintiff that counsel for the plaintiff on September 20, 2014 authorized me by email that she agreed with this stipulation, authorized me to show her signature as /s/ and approved the stipulation as to form and content.

Dated: September 22, 2014          By:_____/s/_____

                                            Gregory M. Fox

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING,

IT IS ORDERED that the date to complete mediation currently set for October 1, 2014, be continued to **December 1, 2014.**

Dated: September 23___, 2014          _____

                                            HONORABLE JEFFREY S. WHITE
                                            Judge of the United States District Court

3

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO COMPLETE MEDIATION
*Williams v. City of Alameda Police Department, et al.*, USDC Northern Dist. Case No. 4:14-cv-00072-JSW