GREGORY M. FOX, State Bar No. 070876
JOANNE TRAN, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990
Email: gfox@bfesf.com
       jtran@bfesf.com

JANET C. KERN, City Attorney (SBN 151887)
ALAN M. COHEN, Assistant City Attorney (SBN 177662)
CITY OF ALAMEDA
2263 Santa Clara Avenue, Room 280
Alameda, California  94501
Telephone:     (510) 747-4750
Facsimile:     (510) 865-4028
E-mail: acohen@alamedacityattorney.org

Attorneys for Defendants
City of Alameda, A. Keden, and R. Stofle

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 14-cv-0072-HSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br><br><br>Hon. Haywood S. Gilliam, Jr. |
|---|---|

   The parties hereto, namely, plaintiff George Nathan Williams, by and through his attorney of record, Arcolina Panto, and defendants City of Alameda, Alameda Police Department, Alex Keden, and Robert Stofle, by and through their attorney of record, Gregory M. Fox, do hereby stipulate that, pursuant to the fully executed Settlement Agreement and Release of Claims entered into by the parties to this action, plaintiff agree to dismiss his complaint and all claims included therein with prejudice, and further

agree that each plaintiff and each defendant will bear their own costs and attorneys fees.

The parties therefore request this Court to Order the action dismissed in full, with prejudice, each party to bear their own costs and fees.

SO STIPULATED.

Dated: May 1, 2015          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/ *Gregory M. Fox*
Gregory M. Fox
Joanne Tran
Attorneys for Defendants
City of Alameda, A. Keden, and R. Stofle

Dated: May 1, 2015          PEOPLES LAW GROUP

By: /s/ *Arcolina Panto*
Arcolina Panto
Attorney for Plaintiff
George Nathan Williams

**ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiff George Nathan Williams' complaint and action herein is dismissed in full and with prejudice, each party to bear their own fees and costs.

Dated: May 1, 2015          [signature: Haywood S. Gill Jr.]
JUDGE OF THE U.S. DISTRICT COURT

2
STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
*Williams v. City of Alameda Police Department, et al.*, USDC Northern Dist. Case No. 4:14-cv-00072-HSG

**ELECTRONIC CASE FILING ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER.** Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of its Signatories.

Dated: April 30, 2015

/s/ *Gregory M. Fox*
Gregory M. Fox
Attorney for Defendants
City of Alameda, A. Keden, and R. Stofle